## JUNE 18, 1941

### L. A. (BEBE) ATCHLEY V. THE STATE.

No. 21651. Delivered June 18, 1941.

The opinion states the case.

*Tom L. Robinson,* of Gatesville, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The conviction is for driving an automobile upon the public highway while intoxicated. The penalty assessed is confinement in the county jail for five days and a fine of $50.00.

No notice of appeal appears in the record. This is necessary to give this court jurisdiction of the appeal. See Art. 827, C. C. P., also Branch's Ann. Tex. P. C., sec. 588, and cases cited

under Art. 827, Vernon's Ann. Tex. C. C. P., Vol. 3, p. 197. The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.